## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 140 EAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
SHYKIR CREW, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.